**Order entered February 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01090-CV**

**KEVIONN D. COMPTON, Appellant**

**V.**

**PGH BRONZE, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04777-D**

**ORDER**

The reporter's record is past due. Because appellant indicated on the docketing statement he filed with this Court that he did not request the reporter's record, we **ORDER** the appeal be submitted without it. *See* TEX. R. APP. P. 37.3(c). Appellant shall file his brief on the merits **within thirty days** of the date of this order.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE